UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:   SEALED MATTER           MISC. NO.:   2:13-mc-50525-G

_____/

MOTION AND ORDER TO UNSEAL
SEIZURE WARRANT AND AFFIDAVIT

THE UNITED STATES OF AMERICA respectfully requests that the seizure warrant and affidavit, docketed as 13-mc-50525-G, in this case be unsealed. The unsealing of these documents will no longer compromise an ongoing investigation.

                                    DAWN N. ISON
                                    United States Attorney

                                    s/Gjon Juncaj
                                    GJON JUNCAJ (P63256)
                                    Assistant United States Attorney
                                    211 W. Fort St., Ste. 2001
                                    Detroit, MI 48226
                                    (313) 226-0209

Date:   January 9, 2024

**IT IS SO ORDERED.**

                                    s/Elizabeth A. Stafford
                                    HONORABLE ELIZABETH STAFFORD
                                    United States Magistrate Judge