UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: Search/Seizure Warrant

Case No. 13-50525

Judge George Caram Steeh

_____/

**NOTICE OF CORRECTION**

Docket entry number  19,32 , filed  5/14/13 and 1/9/24 , has been modified.  The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other:  Entries have been modified to unseal the correct document.

If you need further clarification or assistance, please contact  the Clerk's Office  at  (313) 234-5000 .

KINIKIA D. ESSIX, CLERK OF COURT

Dated: January 11, 2024                    s/D.Peruski
                                           Deputy Clerk